NO. 30273

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

LIONEL LETOTO, Petitioner,

vs.

STATE OF HAWAIʻI, Respondent.

ORIGINAL PROCEEDING

ORDER

(By: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.)

Upon consideration of the papers submitted by Lionel Letoto, which we treat as a petition for relief, it appears that the petition seeks relief on matters within the jurisdiction of the circuit court, not the supreme court. Therefore,

IT IS HEREBY ORDERED that the clerk of the appellate court shall process the papers as a petition for relief without payment of the filing fee.

IT IS FURTHER ORDERED that the petition for relief is dismissed without prejudice to seeking relief in the circuit court.

DATED: Honolulu, Hawaiʻi, January 13, 2010.